# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK SWIERCZ**                                                    **PLAINTIFF**

**v.**                          **No. 3:23-cv-00213-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 23 October 2023.

_____
UNITED STATES MAGISTRATE JUDGE