# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK SWIERCZ**                                                                 **PLAINTIFF**

V.                              No. 3:23-CV-00213-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                  **DEFENDANT**

## JUDGMENT

Consistent with today's Order, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

SO ORDERED 27 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE